AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MARSHAL BURGESS, JR.,

       Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER:  3:11-cv-00022-LRH -RAM

CLARK COUNTY, DA., et al,

      Defendants.


\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED with prejudice as factually frivolous.


| February 18, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |

                                                               /s/   M. Campbell
                                                                Deputy Clerk